KEITH CHRESTIONSON (State Bar No. 130936)
Email: chrestionson@kmm.com
DANIELLE M. ELLIS (State Bar No. 226581)
Email: ellis@kmm.com
KAUFF McCLAIN & McGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 421-3111
Facsimile: (415) 421-0938

Attorneys for Defendants
ABM INDUSTRIES, INC. and CATHERINE BEADEL

JAMES P. GARRETT (State Bar No. 135692)
Email: docgarrett@hotmail.com
LAW OFFICES OF JAMES P. GARRETT
814 59th Street
Oakland, CA 94608
Telephone: (510) 282-1444

Attorneys for Plaintiff
MARILYN VARNADO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN VARNADO,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ABM INDUSTRIES, INC., CATHERINE BEADEL and DOES 1-50 Inclusive,<br><br>　　　　　　　Defendants. | CASE NO. C 07-00804 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE DATE**<br><br>**COMPLAINT FILED:** February 8, 2007<br>**TRIAL DATE:** No date set. |

KAUFF, McCLAIN & McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
SETTLEMENT CONFERENCE DATE

CASE NO. C 07-00804 MEJ

Sep 12 07 04:22p    james p garrett         510-625-0855            p.2
09/12/2007 15:11 FAX  415 421 7440   KAUFF MCCLAIN                   ☒003/003
Case 3:07-cv-00804-CRB   Document 25   Filed 09/19/07   Page 2 of 2

1 | IT IS HEREBY STIPULATED by and between the parties hereto, through
2 | their respective counsel of record, that the settlement conference in this matter,
3 | scheduled for September 26, 2007 at 10:00 a.m. should be continued to October 30,
4 | 2007 at 10:00 a.m.

5 | DATED: September 13, 2007

Respectfully submitted,

KAUFF McCLAIN & McGUIRE LLP

By: _____
KEITH CHRESTIONSON

Attorneys for Defendants
ABM INDUSTRIES, INC. and CATHERINE BEADEL

DATED: September __, 2007

Respectfully submitted,

LAW OFFICES OF JAMES P. GARRETT

By: _____
JAMES P. GARRETT

Attorneys for Plaintiff
MARILYN VARNADO

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 19, 2007

_____
Hon. Hon. Maria-Elena James
United States District Court Judge

121620.v1

KAUFF, McCLAIN
& McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
SETTLEMENT CONFERENCE DATE

-1-

CASE NO. C 07-00804 MEJ